UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL COMPLAINT
M.J. No. 2003M0454RBC

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN GRAHAM, ET AL. | ) |

### DEFENDANT'S REQUEST FOR APPROVAL OF MOVE AND CHANGE OF ADDRESS

Now comes the Defendant John Graham in the above-entitled matter and respectfully requests the approval of this Honorable Court for his relocation to the following address: 268 Merriam Street, Weston, Massachusetts 02493. In support hereof, counsel for the defendant states the following:

1. The defendant's residence will still be within in the Commonwealth and within close proximity to the courthouse and Pretrial Services.

2. The change in the defendant's residence will allow the defendant to raise his minor daughter in a suburban setting, which the defendant has determined is in the best interest of the minor child.

3. The defendant's residence will not adversely affect the conditions of his release.

WHEREFORE, the Defendant respectfully requests that this Honorable Court approve his request.

Respectfully submitted,
JOHN GRAHAM
By his attorney,

*/s/ William D. Crowe*
William D. Crowe – BBO No. 106960
Adam A. Rowe – BBO No. 634885
CROWE & DUNN
141 Tremont Street, 8th Floor
Boston, Massachusetts 02111
(617) 367-6767

## CERTIFICATE OF SERVICE

I, Adam A. Rowe, Esq., hereby certify that I have this 4th day of August, 2004, delivered a true copy of the foregoing document via first class mail upon the following persons or entities:

September-Lee Brown, Officer
Unites States Pretrial Services
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Rachel E. Hersfang, AUSA
Michael J. Sullivan, United States Attorney
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

*/s/ Adam A. Rowe*
Adam A. Rowe, Esq.